(V. D. 54)

GEIGY COMPANY, INC. *v.* UNITED STATES

Entry No. 966597.

(Decided December 11, 1957)

*Eugene R. Pickrell* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *Geigy Company, Inc.* v. *United States*, 34 Cust. Ct. 379, Abstract 59080. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values were as follows:

| Merchandise | United States dollars per each |
|---|---|
| 1, 300 magnifying glasses Art. No. 4, 10 power | $0. 52 |
| 1, 300 leather cases to fit | 0. 19 |

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.